United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 16-15942-ref
Paula Sue Counterman                                      Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Cathleen        Page 1 of 2            Date Rcvd: Jan 25, 2017
                              Form ID: 309A          Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
```
db              Paula Sue Counterman,   1230 E Susquehanna St,   Allentown, PA  18103-8401
tr             +MICHAEL H KALINER,   Michael H. Kaliner Trustee,   350 South Main Street,   Suite 105,
                Doylestown, PA 18901-4872
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13780316        Aes/PHEAA,   PO Box 61047,   Harrisburg, PA  17106-1047
13786405        Bank Of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
13780323        DeSales University,   c/o ACS,   PO Box 3295 Box 3295,   Milwaukee, WI  53201-3295
13780325        Lehigh Valley Health Network,   Box 8500, #7821,   Philadelphia, PA  19178-8500
13785418       +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13780327        Penn Credit Corp,   PO Box 988 916 S 14th St.,   Harrisburg, PA  17108-0988
13780328        Performant Recovery,   PO Box 9054,   Pleasanton, CA  94566-9054
13780330        Rushmore Loan Management,   15480 Laguna Canyon Rd Ste 100,   Irvine, CA  92618-2132
13851958       +Wilmington Savings Fund Society, FSB, d/b/a Christ,   c/o Rushmore Loan Management Services,
                P.O. Box 55004,   Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: feldmanfiling@rcn.com Jan 26 2017 01:40:01     LYNN E. FELDMAN,
                Feldman Law Offices,   221 N. Cedar Crest Boulevard,   Allentown, PA  18104
smg            +E-mail/Text: robertsl2@dnb.com Jan 26 2017 01:41:09     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2017 01:40:37
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 26 2017 01:41:15     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 26 2017 01:41:04     United States Trustee,
                Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13837326        EDI: AIS.COM Jan 26 2017 01:28:00     American InfoSource LP as agent for,   Verizon,
                PO Box 248838,   Oklahoma City, OK  73124-8838
13780317        EDI: BANKAMER.COM Jan 26 2017 01:28:00     Bank Of America,   PO Box 2278,
                Norfolk, VA  23501-2278
13780318        EDI: CAPITALONE.COM Jan 26 2017 01:28:00     Capital One,   4851 Cox Rd,
                Glen Allen, VA  23060-6293
13780319        EDI: CAPITALONE.COM Jan 26 2017 01:28:00     Capital One Bank,   4851 Cox Rd,
                Glen Allen, VA  23060-6293
13805739        EDI: CAPITALONE.COM Jan 26 2017 01:28:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
13825349       +E-mail/Text: bankruptcy@cavps.com Jan 26 2017 01:41:10     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13780320        EDI: CHASE.COM Jan 26 2017 01:28:00     Chase Card Services,   PO Box 15298,
                Wilmington, DE  19850-5298
13780321        EDI: WFNNB.COM Jan 26 2017 01:28:00     Comenity Bank/Roamans,   PO Box 182789,
                Columbus, OH  43218-2789
13780324        EDI: DISCOVER.COM Jan 26 2017 01:28:00     Discover Financial Services,   PO Box 30954,
                Salt Lake City, UT  84130-0954
13785066        EDI: DISCOVER.COM Jan 26 2017 01:28:00     Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
13810865        EDI: AGFINANCE.COM Jan 26 2017 01:28:00     ONEMAIN,   PO BOX 70912,   CHARLOTTE NC 28272-0912
13780326        EDI: AGFINANCE.COM Jan 26 2017 01:28:00     OneMain Financial,   6801 Colwell Blvd,
                Irving, TX  75039-3198
13780329       +E-mail/Text: nod.referrals@fedphe.com Jan 26 2017 01:40:19     Phelan Hallinan Schmieg,
                1617 Jfk Blvd Ste 1400,   Philadelphia, PA 19103-1814
13821217        EDI: Q3G.COM Jan 26 2017 01:28:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA  98083-0788
13780331        EDI: RMSC.COM Jan 26 2017 01:28:00     Synchrony Bank/Care Credit,   Box 965036,
                Orlando, FL  32896-5036
13780332        EDI: VERIZONEAST.COM Jan 26 2017 01:29:00     Verizon Pa,   500 Technology Dr,
                Weldon Spring, MO  63304-2225
13780333       +E-mail/Text: Bankruptcy@wsfsbank.com Jan 26 2017 01:42:09     Wilmington Savings Fund Society,
                500 Delaware Ave 12th Floor,   Wilmington, DE 19801-7405
                                                                              TOTAL: 22
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13780322      ##Creditech,   PO Box 130,   Bangor, PA  18013-0130
                                                       TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Cathleen        Page 2 of 2          Date Rcvd: Jan 25, 2017
                              Form ID: 309A         Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:
            DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
             bkgroup@kmllawgroup.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
             bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
            LYNN E. FELDMAN    on behalf of Debtor Paula Sue Counterman feldmanfiling@rcn.com
            MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com
            THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
             tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 6
```

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Paula Sue Counterman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** |
| Case number: | **16–15942–ref** |

Social Security number or ITIN   **xxx–xx–3860**

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

Date case filed in chapter **13**        **8/23/16**

Date case converted to chapter **7**     **1/16/17**

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15
## **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Paula Sue Counterman | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1230 E Susquehanna St<br>Allentown, PA 18103–8401 | | |
| 4. | **Debtor's attorney** Name and address | LYNN E. FELDMAN<br>Feldman Law Offices<br>221 N. Cedar Crest Boulevard<br>Allentown, PA 18104 | | Contact phone (610) 530–9285<br>Email: feldmanfiling@rcn.com |
| 5. | **Bankruptcy trustee** Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | | Contact phone 215–230–4250<br>Email: mhkaliner@gmail.com |

For more information, see page 2 >

Debtor  **Paula Sue Counterman**                                                                                   Case number **16–15942–ref**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 1/25/17 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 17, 2017 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/18/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |