## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Paula Sue Counterman | |
|         Debtor | CHAPTER 13 |
| | |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns | |
|         Movant | NO. 16-15942 REF |
|    vs. | |
| | |
| Paula Sue Counterman | |
|         Debtor | 11 U.S.C. Section 362 |
| | |
| Frederick L. Reigle Esq. | |
|         Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about **January 9, 2017, Document Number 14**.

Respectfully submitted,

**/s/ Denise Carlon, Esquire**
Denise Calron, Esquire
James C. Warmbrodt, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

February 9, 2017