UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION

IN RE: Paula Sue Counterman     :     Bankruptcy No.16-15942-REF
                                :
                                :     Chapter 7
        Debtor                  :

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT
OBJECTING TO DISCHARGE

NOW, this 20TH day of February, 2017, it is hereby agreed and stipulated to between the Trustee Michael H. Kaliner, Esquire, and Attorney for Debtor, Lynn E. Feldman, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is April 18, 2017.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until June 18, 2017 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____          _____
Michael H. Kaliner, Esquire                Lynn E. Feldman, Esquire
Chapter 7 Trustee                          Attorney for Debtor

ORDER

NOW, this _____ day _____, 2017, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

**Date: February 22, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge