United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paula Sue Counterman  
    Debtor

Case No. 16-15942-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 2      Date Rcvd: Feb 22, 2017  
      Form ID: pdf900      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.

```
db              Paula Sue Counterman,    1230 E Susquehanna St,    Allentown, PA 18103-8401
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13780316        Aes/PHEAA,    PO Box 61047,    Harrisburg, PA 17106-1047
13786405        Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13780318        Capital One,    4851 Cox Rd,    Glen Allen, VA 23060-6293
13780319        Capital One Bank,    4851 Cox Rd,    Glen Allen, VA 23060-6293
13805739        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13780320        Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
13780321        Comenity Bank/Roamans,    PO Box 182789,    Columbus, OH 43218-2789
13780323        DeSales University,    c/o ACS,    PO Box 3295 Box 3295,    Milwaukee, WI 53201-3295
13780325        Lehigh Valley Health Network,    Box 8500, #7821,    Philadelphia, PA 19178-8500
13785418       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13780327        Penn Credit Corp,    PO Box 988 916 S 14th St.,    Harrisburg, PA 17108-0988
13780328        Performant Recovery,    PO Box 9054,    Pleasanton, CA 94566-9054
13780330        Rushmore Loan Management,    15480 Laguna Canyon Rd Ste 100,    Irvine, CA 92618-2132
13780332        Verizon Pa,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13851958       +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: robertsl2@dnb.com Feb 23 2017 02:11:53    Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2017 02:11:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 23 2017 02:11:56    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13837326        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 23 2017 02:31:31
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13825349       +E-mail/Text: bankruptcy@cavps.com Feb 23 2017 02:11:55    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13780324        E-mail/Text: mrdiscen@discover.com Feb 23 2017 02:11:38    Discover Financial Services,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
13785066        E-mail/Text: mrdiscen@discover.com Feb 23 2017 02:11:38    Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13810865        E-mail/PDF: cbp@onemainfinancial.com Feb 23 2017 02:09:37    ONEMAIN,    PO BOX 70912,
                 CHARLOTTE NC 28272-0912
13780326        E-mail/PDF: cbp@onemainfinancial.com Feb 23 2017 02:09:26    OneMain Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
13780329       +E-mail/Text: nod.referrals@fedphe.com Feb 23 2017 02:11:39    Phelan Hallinan Schmieg,
                 1617 Jfk Blvd Ste 1400,    Philadelphia, PA 19103-1814
13821217        E-mail/Text: bnc-quantum@quantum3group.com Feb 23 2017 02:11:44
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13780331        E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2017 02:09:36    Synchrony Bank/Care Credit,
                 Box 965036,    Orlando, FL 32896-5036
13780333       +E-mail/Text: Bankruptcy@wsfsbank.com Feb 23 2017 02:12:05    Wilmington Savings Fund Society,
                 500 Delaware Ave 12th Floor,    Wilmington, DE 19801-7405
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13780317      ##Bank Of America,    PO Box 2278,    Norfolk, VA 23501-2278
13780322      ##Creditech,    PO Box 130,    Bangor, PA 18013-0130
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: dlv                    Page 2 of 2                   Date Rcvd: Feb 22, 2017
                              Form ID: pdf900              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    on behalf of Debtor Paula Sue Counterman feldmanfiling@rcn.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION

IN RE: Paula Sue Counterman  :  Bankruptcy No. 16-15942-REF
                             :
                             :  Chapter 7
            Debtor           :

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE

NOW, this 20TH day of February, 2017, it is hereby agreed and stipulated to between the Trustee Michael H. Kaliner, Esquire, and Attorney for Debtor, Lynn E. Feldman, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is April 18, 2017.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until June 18, 2017 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____          _____
Michael H. Kaliner, Esquire         Lynn E. Feldman, Esquire
Chapter 7 Trustee                   Attorney for Debtor

### ORDER

NOW, this _____ day _____, 2017, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

**Date: February 22, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge