## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Paula Sue Counterman | | CHAPTER 7 |
| | Debtor(s) | |
| BANK OF AMERICA, N.A. | | |
| | Movant | |
| vs. | | NO. 16-15942 REF |
| Paula Sue Counterman | | |
| | Debtor(s) | |
| Michael H. Kaliner Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

## <u>ORDER</u>

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to exercise its rights relating to the 2010 Ford Truck Escape, ("Vehicle"), bearing a VIN Number 1FMCU0D7XAKC67026.

4/28/17

_____
United States Bankruptcy Judge.