United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-15942-ref
Paula Sue Counterman                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv                Page 1 of 1            Date Rcvd: Apr 28, 2017
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
db             Paula Sue Counterman,    1230 E Susquehanna St,    Allentown, PA  18103-8401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al... bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LYNN E. FELDMAN    on behalf of Debtor Paula Sue Counterman feldmanfiling@rcn.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
      MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
      MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
      THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Paula Sue Counterman<br>Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>Movant<br>vs.<br>Paula Sue Counterman<br>Debtor(s) | NO. 16-15942 REF |
| Michael H. Kaliner Esq.<br>Trustee | 11 U.S.C. Section 362 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to exercise its rights relating to the 2010 Ford Truck Escape, ("Vehicle"), bearing a VIN Number 1FMCU0D7XAKC67026.

4/28/17

_____
United States Bankruptcy Judge.