United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15942-ref
Paula Sue Counterman                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2           Date Rcvd: Jul 12, 2017
                              Form ID: 318           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db              Paula Sue Counterman,    1230 E Susquehanna St,    Allentown, PA 18103-8401
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
13780316        Aes/PHEAA,    PO Box 61047,   Harrisburg, PA 17106-1047
13780323        DeSales University,    c/o ACS,   PO Box 3295 Box 3295,    Milwaukee, WI 53201-3295
13780325        Lehigh Valley Health Network,    Box 8500, #7821,   Philadelphia, PA 19178-8500
13785418       +PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
13780327        Penn Credit Corp,    PO Box 988 916 S 14th St.,    Harrisburg, PA 17108-0988
13780328        Performant Recovery,    PO Box 9054,   Pleasanton, CA 94566-9054
13780330        Rushmore Loan Management,    15480 Laguna Canyon Rd Ste 100,    Irvine, CA 92618-2132
13851958       +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Jul 13 2017 01:31:23     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2017 01:31:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2017 01:31:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13837326        EDI: AIS.COM Jul 13 2017 01:28:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
13780317        EDI: BANKAMER.COM Jul 13 2017 01:28:00     Bank Of America,    PO Box 2278,
                 Norfolk, VA 23501-2278
13786405        EDI: BANKAMER.COM Jul 13 2017 01:28:00     Bank Of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
13780318        EDI: CAPITALONE.COM Jul 13 2017 01:28:00     Capital One,    4851 Cox Rd,
                 Glen Allen, VA 23060-6293
13780319        EDI: CAPITALONE.COM Jul 13 2017 01:28:00     Capital One Bank,    4851 Cox Rd,
                 Glen Allen, VA 23060-6293
13805739        EDI: CAPITALONE.COM Jul 13 2017 01:28:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
13825349       +E-mail/Text: bankruptcy@cavps.com Jul 13 2017 01:31:25     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13780320        EDI: CHASE.COM Jul 13 2017 01:28:00     Chase Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
13780321        EDI: WFNNB.COM Jul 13 2017 01:28:00     Comenity Bank/Roamans,    PO Box 182789,
                 Columbus, OH 43218-2789
13780324        EDI: DISCOVER.COM Jul 13 2017 01:28:00     Discover Financial Services,    PO Box 30954,
                 Salt Lake City, UT 84130-0954
13785066        EDI: DISCOVER.COM Jul 13 2017 01:28:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
13810865        EDI: AGFINANCE.COM Jul 13 2017 01:28:00     ONEMAIN,    PO BOX 70912,   CHARLOTTE NC 28272-0912
13780326        EDI: AGFINANCE.COM Jul 13 2017 01:28:00     OneMain Financial,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
13780329       +E-mail/Text: nod.referrals@fedphe.com Jul 13 2017 01:30:53     Phelan Hallinan Schmieg,
                 1617 Jfk Blvd Ste 1400,    Philadelphia, PA 19103-1814
13821217        EDI: Q3G.COM Jul 13 2017 01:28:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
13780331        EDI: RMSC.COM Jul 13 2017 01:28:00     Synchrony Bank/Care Credit,    Box 965036,
                 Orlando, FL 32896-5036
13780332        EDI: VERIZONEAST.COM Jul 13 2017 01:28:00     Verizon Pa,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
13780333       +E-mail/Text: Bankruptcy@wsfsbank.com Jul 13 2017 01:31:57     Wilmington Savings Fund Society,
                 500 Delaware Ave 12th Floor,    Wilmington, DE 19801-7405
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13780322      ##Creditech,    PO Box 130,   Bangor, PA 18013-0130
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: dlv               Page 2 of 2              Date Rcvd: Jul 12, 2017
                              Form ID: 318            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    on behalf of Debtor Paula Sue Counterman feldmanfiling@rcn.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paula Sue Counterman** | Social Security number or ITIN **xxx–xx–3860** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **16–15942–ref**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paula Sue Counterman

7/12/17

**By the court:**    Richard E. Fehling
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**